UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                  Chapter 13
                                                         Case No. 24-41956
Brandon Heitmann,                       Hon. Mark A. Randon

              Debtor.
_____/

Alex and Rebecca Boyd

              Plaintiffs,                Adv. Proceeding No. 24-04125

v.

Brandon Heitmann, Amanda Pisarski,
Kody Grandchamp, Henry Bell, Construction
Contractors, LLC, and Explore Industries USA, INC.

              Defendants.
_____/

## **DEFENDANT AMANDA PISARSKI'S STATEMENT OF CONSENT TO ENTRY OF FINAL ORDERS OR JUDGMENTS BY THE BANKRUPTCY COURT PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9027(E)(3)**

       Defendant Amanda Pisarski, by and through her undersigned counsel, states she consents to entry of final orders or judgment by the bankruptcy court pursuant to Fed. R. Bankr. P. 9027 (e)(3).

Respectfully submitted,

**KOTZ SANGSTER WYSOCKI P.C.**

*/s/Tyler P. Phillips*
By: Tyler P. Phillips (P78280)
    Yousef M. Farraj (P79760)
Attorneys for Amanda Pisarski
400 Renaissance Center, Suite 3400
Detroit, MI 48243
(313) 259-8300 / (313) 259-1451
tphillips@kotzsangster.com
yfarraj@kotzsangster.com

Dated: May 20, 2024

## CERTIFICATE OF SERVICE

I, Tyler P. Phillips, hereby certify that on the 17th day of May, 2024, I caused to be served DEFENDANT AMANDA PISARSKI'S STATEMENT OF CONSENT TO ENTRY OF FINAL ORDERS OR JUDGMENTS BY THE BANKRUPTCY COURT PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9027(E)(3) by: (1) the Electronic Case Filing System for the United States Bankruptcy Court for the Eastern District of Michigan; and (2) US mail, to the parties on the attached service list.

                                                                     */s/Tyler P. Phillips*