UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 13 |
| | Case No. 24-41956 |
| Brandon Heitmann, | Hon. Mark A. Randon |
| Debtor. | |
| _____/ | |
| Daniel Carter, an individual, | Adv. No. 24-04126-MAR |
| Plaintiff, | |
| Vs. | |
| Brandon Heitmann, an individual, | |
| Amanda Pisarski, a/k/a Amanda | |
| Heitmann, an individual, | |
| Henry Girard Bell, a/k/a Hank Bell, | |
| an individual, Construction Contractors, LLC, | |
| a Michigan limited liability company, | |
| and Explore Industries USA, Inc., a Tennessee | |
| corporation, d/b/a Imagine Pools, | |
| Defendants. | |
| _____/ | |

### DEFENDANT AMANDA PISARSKI'S STATEMENT OF CONSENT TO ENTRY OF FINAL ORDERS OR JUDGMENTS BY THE BANKRUPTCY COURT PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9027(E)(3)

Defendant Amanda Pisarski, by and through her undersigned counsel, states she consents to entry of final orders or judgment by the bankruptcy court pursuant to Fed. R. Bankr. P. 9027 (e)(3).

Respectfully submitted,

**KOTZ SANGSTER WYSOCKI P.C.**

/s/*Tyler P. Phillips*
By: Tyler P. Phillips (P78280)
    Yousef M. Farraj (P79760)
Attorneys for Amanda Pisarski
400 Renaissance Center, Suite 3400
Detroit, MI 48243
(313) 259-8300 / (313) 259-1451
tphillips@kotzsangster.com
yfarraj@kotzsangster.com

Dated: May 20, 2024

## CERTIFICATE OF SERVICE

I, Tyler P. Phillips, hereby certify that on the 20th day of May, 2024, I caused to be served DEFENDANT AMANDA PISARSKI'S STATEMENT OF CONSENT TO ENTRY OF FINAL ORDERS OR JUDGMENTS BY THE BANKRUPTCY COURT PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9027(E)(3) by: (1) the Electronic Case Filing System for the United States Bankruptcy Court for the Eastern District of Michigan; and (2) US mail, to the parties on the attached service list.

/s/*Tyler P. Phillips*