UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                  Chapter 13
                                                        Case No.: 24-41956
Brandon Heitmann,
                                                        Hon. Mark A. Randon
    Debtor.
_____/

Daniel Carter, an individual,

    Plaintiff,

-vs-                                                    Adv No.: 24-04126-MAR

Brandon Heitmann, an individual, et al.,

    Defendants.
_____/

## APPEARANCE OF NICHOLAS J. TATRO

**PLEASE ENTER** my Appearance as counsel for Defendant Explore Industries USA, Inc. only in the above-captioned matter.

Respectfully submitted,

FOLEY, BARON, METZGER & JUIP, PLLC

Dated: June 4, 2024                By:   /s/Nicholas J. Tatro
    Nicholas J. Tatro (P79146)
*Attorneys for Defendant Explore Industries only*
38777 Six Mile Road, Suite 300
Livonia, MI 48152
(734) 742-1855

## CERTIFICATE OF SERVICE

    I hereby certify that on June 4, 2024, I served a copy of Appearance of Nicholas J. Tatro upon ALL COUNSEL OF RECORD (listed on the attached) via email and the Court's ECF system.

    /s/Cheryl E. Ballew
Cheryl E. Ballew

**24-04126-mar** Carter v. Heitmann et al
**Case type:** ap **Related bankruptcy:** 24-41956-mar **Judge:** Mark A. Randon
**Date filed:** 05/02/2024 **Date of last filing:** 05/22/2024

# Parties

| | | |
|---|---|---|
| **Henry Bell**<br>c/o Goran Antovski, Attorney<br>198 S. Main St., Suite 2<br>Mt. Clemens, MI 48043<br>*Added: 05/02/2024*<br>*(Defendant)* | represented by | **Goran Antovski**<br>Michigan Justice, PLLC<br>198 S Main St<br>Suite 2<br>Mt. Clemens, MI 48043<br>586-221-4100<br>586-221-4140 (fax)<br>goran@michiganjustice.com<br>*Assigned: 05/24/24*<br>*LEAD ATTORNEY* |
| **Daniel Carter**<br>c/o John Harrington, Attorney<br>30500 Van Dyke Avenue, Ste. 200<br>Warren, MI 48093<br>*Added: 05/02/2024*<br>*(Plaintiff)* | represented by | **John F. Harrington**<br>30500 Van Dyke Avenue, Suite M-200<br>Warren, MI 48093<br>586-751-3610<br>AttysHarrington@comcast.net<br>*Assigned: 05/07/24*<br>*LEAD ATTORNEY* |
| **Construction Contractors, LLC**<br>c/o Goran Antovski, Attorney<br>198 S. Main St., Suite 2<br>Mt. Clemens, MI 48043<br>*Added: 05/02/2024*<br>*(Defendant)* | represented by | **Goran Antovski**<br>Michigan Justice, PLLC<br>198 S Main St<br>Suite 2<br>Mt. Clemens, MI 48043<br>586-221-4100<br>586-221-4140 (fax)<br>goran@michiganjustice.com<br>*Assigned: 05/24/24*<br>*LEAD ATTORNEY* |
| **Explore Industries, USA, Inc.**<br>c/o Nicholas Tatro, Attorney<br>Cambridge Center, 38777 Six Mile Road<br>Suite 300<br>Livonia, MI 48152<br>*Added: 05/02/2024*<br>*(Defendant)* | represented by | **Nicholas Tatro**<br>Cambridge Center<br>38777 Six Mile Road<br>Suite 300<br>Livonia, MI 48152<br>*Assigned: 05/07/24*<br>*LEAD ATTORNEY* |
| **Brandon Heitmann**<br>60749 Forest Creek Dr<br>Washington Twp., MI 48094<br>SSN / ITIN: xxx-xx-8602<br>*Added: 05/02/2024*<br>*(Defendant)* | represented by | **Robert N. Bassel**<br>P.O. Box T<br>Clinton, MI 49236<br>(248) 677-1234<br>(248) 369-4749 (fax)<br>bbassel@gmail.com<br>*Assigned: 05/03/24*<br>*LEAD ATTORNEY* |
| **Amanda Pisarski**<br>60749 Forest Creek Dr<br>Washington, MI 48094<br>*Added: 05/02/2024*<br>*(Defendant)* | represented by | **Tyler Phillips**<br>400 Renaissance<br>Suite 3400<br>Detroit, MI 48243<br>(313) 259-8300<br>tphillips@kotzsangster.com<br>*Assigned: 05/20/24* |